UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 3:96-00052 |
| ADOLPH C. BENNETT, ) | JUDGE TODD J. CAMPBELL |
| ) | |
| Defendant, ) | |
| ) | |
| MISSION STONE & TILE CO., ) | |
| ) | |
| Garnishee. ) | |

**CONTINUING WRIT OF GARNISHMENT**

To: Mission Stone & Tile Co.
2930 Sidco Drive
Suite 2
Nashville, TN 37204

This matter is before the Court on the application for a Continuing Writ of Garnishment against the earnings of Adolph C. Bennett, defendant, which was filed by the United States of America.

Whereupon the Court, having considered the application for a writ of garnishment against the earnings of the defendant Adolph C. Bennett, now finds that the requirements of 28 U.S.C. §3205 are satisfied and that an appropriate writ of garnishment shall, and hereby does, issue.

IT IS THEREFORE ORDERED THAT:

1. A judgment has been entered with this Court on September 16, 1996, against the above-named defendant in the amount of $92,068.38 with 0% interest. The balance of that judgment as of August 16, 2011 is $63,949.81.

2. The Garnishee, Mission Stone & Tile Co., is required by law to answer this Writ in writing, under oath, within ten (10) days.

3. The Garnishee shall withhold and retain any property or earnings which the debtor has a substantial nonexempt interest and for which the Garnishee are or may become indebted to the judgment debtor pending further order of this Court.

4. The original written answer to this writ must be filed within ten (10) days of service of the writ with the United States District Clerk at: Clerk, United States District Court, 800 United States Courthouse, 801 Broadway, Nashville, Tennessee 37203.

5. Copies of the answer must also be served upon the debtor, Adolph C. Bennett, and upon the United States Attorney Michael Roden, 9th Floor, U. S. Courthouse, 110 9th Avenue South, Suite A-961, Nashville, TN 37203.

6. Pursuant to 28 U.S.C. §3205(c)(3), the United States shall serve the Garnishees and the Judgment Defendant with copies of this Writ of Garnishment and shall certify to the Court that such service was made. The writ shall be accompanied by the instructions required by 28 U.S.C. §3205(c)(3)(A) & (B).

IT IS SO ORDERED.

Date: October 18, 2011        *s/ John S. Bryant*
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Michael Roden
Assistant United States Attorney
Office of the United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: 615-736-5151
B.P.R. 010595